United States District Court
Southern District of Texas
**ENTERED**
August 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| YSIDORA VILLARREAL, *et al.*, § § Plaintiffs, § § VS. § STATE FARM MUTUAL AUTOMOBILE § INSURANCE COMPANY, § § Defendant. § | CIVIL ACTION NO. 1:23-CV-00091 |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiffs and Defendant's "Joint Stipulation of Dismissal" ("Stipulation of Dismissal") (Dkt. No. 5). Accordingly, the parties' claims are **DISMISSED WITH PREJUDICE**. The parties will bear their own attorney fees, expenses, and costs of the Court. The District Clerk's Office is **ORDERED** to close this case.

Signed on August 21, 2023.

Rolando Olvera
United States District Judge

1 / 1